RECEIVED IN CLERK'S OFFICE
U.S.D.C Atlanta

NOV 07 2014

JAMES N HATTEN, Clerk
By: Deputy Clerk

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

David Doyle James
_____
(Print your full name)

        Plaintiff *pro se*,

v.

NCR Corporation
_____

Experis/Manpower Group
_____

_____
(Print full name of each defendant; an employer is usually the defendant)

        Defendant(s).

CIVIL ACTION FILE NO.

**1:14-CV-3602**

(to be assigned by Clerk)


## *PRO SE* EMPLOYMENT DISCRIMINATION COMPLAINT FORM

### Claims and Jurisdiction

1.    This employment discrimination lawsuit is brought under (check only those that apply):

        **X**    Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e *et seq.*, for employment discrimination on the basis of race, color, religion, sex, or national origin, or retaliation for exercising rights under this statute.

                    **NOTE:** To sue under Title VII, you generally must have received a notice of right-to-sue letter from the Equal Employment Opportunity Commission ("EEOC").

Page 1 of 9

X    Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621 et seq., for employment discrimination against persons age 40 and over, or retaliation for exercising rights under this statute.

> **NOTE**: To sue under the Age Discrimination in Employment Act, you generally must first file a charge of discrimination with the EEOC.

X    Americans With Disabilities Act of 1990, 42 U.S.C. §§ 12101 et seq., for employment discrimination on the basis of disability, or retaliation for exercising rights under this statute.

> **NOTE**: To sue under the Americans With Disabilities Act, you generally must have received a notice of right-to-sue letter from the EEOC.

_____    Other (describe) _____

_____
_____
_____
_____

2. This Court has subject matter jurisdiction over this case under the above-listed statutes and under 28 U.S.C. §§ 1331 and 1343.

## Parties

3. Plaintiff. Print your full name and mailing address below:

   Name: David Doyle James

   Address: 3755 Ben Hill Road

   Lithia Springs, Georgia 30122

4. Defendant(s). Print below the name and address of each defendant listed on page 1 of this form:

   Name: NCR Corporation

   Address: 2651 Satellite Blvd

   Duluth, Georgia 30096

   Name: Experis/Manpower Group

   Address: 7000 Central Parkway, NE Suite 950

   Atlanta, Georgia 30328

   Name: 

   Address: 

## Location and Time

5. If the alleged discriminatory conduct occurred at a location <u>different</u> from the address provided for defendant(s), state where that discrimination occurred:

   _____

   _____

6. When did the alleged discrimination occur? (State date or time period)

   Beginning May 23, 2012, and ending on September 27, 2012.

   ## Administrative Procedures

7. Did you file a charge of discrimination against defendant(s) with the EEOC or any other federal agency?   X   Yes   _____ No

   If you checked "Yes," attach a copy of the charge to this complaint.

8. Have you received a Notice of Right-to-Sue letter from the EEOC?

   X   Yes   _____ No

   If you checked "Yes," attach a copy of that letter to this complaint and state the date on which you received that letter: August 12, 2014

9. If you are suing for **age discrimination**, check one of the following:

   X   60 days or more have elapsed since I filed my charge of age discrimination with the EEOC

   _____   Less than 60 days have passed since I filed my charge of age discrimination with the EEOC

10. If you were employed by an agency of the State of Georgia or unsuccessfully sought employment with a State agency, did you file a complaint against defendant(s) with the Georgia Commission on Equal Opportunity?

   \_\_\_\_\_ Yes   \_\_\_\_\_ No   __X__ Not applicable, because I was not an employee of, or applicant with, a State agency.

   If you checked "Yes," attach a copy of the complaint you filed with the Georgia Commission on Equal Opportunity and describe below what happened with it (i.e., the complaint was dismissed, there was a hearing before a special master, or there was an appeal to Superior Court):

   _____

   _____

   _____

   _____

11. If you were employed by a Federal agency or unsuccessfully sought employment with a Federal agency, did you complete the administrative process established by that agency for persons alleging denial of equal employment opportunity?

   \_\_\_\_\_ Yes   \_\_\_\_\_ No   __X__ Not applicable, because I was not an employee of, or applicant with, a Federal agency.

   If you checked "Yes," describe below what happened in that administrative process:

   _____

   _____

   _____

   _____

## Nature of the Case

12. The conduct complained about in this lawsuit involves (check only those that apply):

| | |
|---|---|
| X | failure to hire me |
| ___ | failure to promote me |
| ___ | demotion |
| ___ | reduction in my wages |
| X | working under terms and conditions of employment that differed from similarly situated employees |
| X | harassment |
| X | retaliation |
| X | termination of my employment |
| X | failure to accommodate my disability |
| ___ | other (please specify) _____ |

13. I believe that I was discriminated against because of (check only those that apply):

| | |
|---|---|
| ___ | my race or color, which is _____ |
| ___ | my religion, which is _____ |
| X | my sex (gender), which is   X  male   ___ female |
| ___ | my national origin, which is _____ |
| X | my age (my date of birth is February 2, 1955 ) |
| X | my disability or perceived disability, which is: Cervical Strain (Neck Pain), Lumbosacral Radiculopathy (Lower Back/Hip Pain) |
| X | my opposition to a practice of my employer that I believe violated the federal anti-discrimination laws or my participation in an EEOC investigation |
| ___ | other (please specify) _____ |

Page 6 of 9

14. Write below, as clearly as possible, the essential facts of your claim(s). Describe specifically the conduct that you believe was discriminatory or retaliatory and how each defendant was involved. Include any facts which show that the actions you are complaining about were discriminatory or retaliatory. Take time to organize your statements; you may use numbered paragraphs if you find that helpful. Do not make legal arguments or cite cases or statutes.

NCR catered to, promoted and showed favoritism towards a less experienced, young female job applicant, with poor performance, who was given a free pass from having her work scrutinized by her peers, shown privilege of being reassigned, while her male teammates were retaliated against, fired, hazed, ostracized, forced to suffer in a hostile work environment where chaos, and insecurity reigned while work was sabotaged, and personnel were assigned to fool's errands as this female applicant failed to complete tasks, purposefully engaged in misunderstandings, miscommunication, and a lack of communication, while she reveled in having male personnel wrongfully fired, and her behavior went unchecked, as she pressed a feminist agenda that was approved by management in their desire to show preference in hiring female rather male technicians as revealed to me by the hiring authority at NCR and witnessed by other males on the computer programming staff in this department at NCR.

Experis/Manpower failed in their role as the W2 employer, after being duly notified in advance several times, in this employee rental situation, to correct problems created by their female employee as listed above, and their failure to have me reassigned, or placed with another client.

See answer to question 16 below.

(Attach no more than five additional sheets if necessary; type or write legibly only on one side of a page.)

15. Plaintiff   \_\_\_\_\_ still works for defendant(s)
                  X    no longer works for defendant(s) or was not hired

16. If this is a disability-related claim, did defendant(s) deny a request for reasonable accommodation?   X   Yes   \_\_\_\_\_ No

    If you checked "Yes," please explain: I was terminated, when after putting in more than a full day, I made a reasonable requested a short break at 8PM to pickup my prescription medications, wherein my immediate supervisor at NCR, Robert Buechner, called me a worthless ... and discharged me. I was constantly receiving kudos, before NCR personnel were made aware of my disabilities, which required special accommodations.

17. If your case goes to trial, it will be heard by a judge <u>unless</u> you elect a jury trial. Do you request a jury trial?   \_\_\_\_\_ Yes   X   No

## Request for Relief

As relief from the allegations of discrimination and/or retaliation stated above, plaintiff prays that the Court grant the following relief (check any that apply):

  X   Defendant(s) be directed to Reinstate Plaintiff, hire into equivalent role, or provide glowing written recommendation on Defendant's Letterhead.

  X   Money damages (list amounts) $300,000 in lost wages and $100,000 in punitive damages.

  X   Costs and fees involved in litigating this case

  X   Such other relief as my be appropriate

## PLEASE READ BEFORE SIGNING THIS COMPLAINT

Before you sign this Complaint and file it with the Clerk, please review Rule 11 of the Federal Rules of Civil Procedure for a full description of your obligation of good faith in filing this Complaint and any motion or pleading in this Court, as well as the sanctions that may be imposed by the Court when a litigant (whether plaintiff or defendant) violates the provisions of Rule 11. These sanctions may include an order directing you to pay part or all of the reasonable attorney's fees and other expenses incurred by the defendant(s). Finally, if the defendant(s) is the prevailing party in this lawsuit, costs (other than attorney's fees) may be imposed upon you under Federal Rule of Civil Procedure 54(d)(1).

Signed, this **7** day of **November**, 20**14**

*[signature: David Doyle James]*
(Signature of plaintiff *pro se*)

**David Doyle James**
(Printed name of plaintiff *pro se*)

**3755 Ben Hill Road**
(street address)

**Lithia Springs, GA 30122**
(City, State, and zip code)

**DavidJames@Netslinger.com**
(email address)

**770-609-9946**
(telephone number)

EEOC Form 161 (11/09)        **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | David D. James<br>3755 Ben Hill Road<br>Lithia Springs, GA 30122 | From: | Atlanta District Office<br>100 Alabama Street, S.W.<br>Suite 4R30<br>Atlanta, GA 30303 |
|---|---|---|---|

[ ]  On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 410-2013-03038 | Triet Bui,<br>Investigator | (404) 562-6948 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Bernice Williams-Kimbrough,
District Director

AUG 0 5 2014
*(Date Mailed)*

Enclosures(s)

cc:  Sheila Shabazz
     Office Manager
     EXPERIS/MANPOWER GROUP
     7000 Central Parkway, N.E., Suite 950
     Atlanta, GA 30328

EEOC Form 161 (11/09)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | David D. James<br>3755 Ben Hill Road<br>Lithia Springs, GA 30122 | From: | Atlanta District Office<br>100 Alabama Street, S.W.<br>Suite 4R30<br>Atlanta, GA 30303 |
|---|---|---|---|

[ ]   *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 410-2013-03008 | Triet Bui,<br>Investigator | (404) 562-6948 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ]   The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]   Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ]   The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ]   Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X]   The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ]   The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]   Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

Bernice Williams-Kimbrough,
District Director

AUG 0 5 2014
*(Date Mailed)*

Enclosures(s)

cc:   **Andrea Ledford**
     **Human Resources Director**
     **NCR**
     **3097 Satellite Blvd**
     **Duluth, GA 30096**

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [ ] FEPA<br>[X] EEOC | 410-2013-03038 |
| | | and EEOC |

State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. David D. James | (770) 257-7247 | 02-02-1955 |

Street Address: 3755 Ben Hill Road, Lithia Springs, GA 30122

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| EXPERIS / MANPOWER GROUP | 500 or More | (770) 821-5700 |

Street Address: 7000 Central Parkway, N.E., Suite 950, Atlanta, GA 30328

DISCRIMINATION BASED ON (Check appropriate box(es).)

[ ] RACE  [ ] COLOR  [X] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[ ] RETALIATION  [X] AGE  [X] DISABILITY  [ ] GENETIC INFORMATION
[X] OTHER (Specify) Sexual Orientation

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 05-23-2012   Latest: 09-27-2012

[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I. I was contracted to work as an AMS Loyalty Developer at NCR on May 23, 2012. During my employment, I was harassed based on my sex and sexual orientation. I was also denied a promotion to project lead. On September 27, 2012, I was discharged/denied permanent employment.

II. The reason provided for the discharge/denial of permanent employment was "ending contract."

III. I believe that I have been discriminated against because of my sex (male) and sexual orientation (undefined) in violation of Title VII of the Civil Rights Act of 1964, as amended, because of my age (58) in violation of the Age Discrimination in Employment Act of 1967, as amended, and because of my disability in violation of Title I of the Americans with Disabilities Act of 1990, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Mar 25, 2013
Date / Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

MAR 25 2013
EEOC-ATDO

EEOC FORM 131 (11/09)

# U.S. Equal Employment Opportunity Commission

| | |
|---|---|
| Sheila Shabazz<br>Office Manager<br>EXPERIS/MANPOWER GROUP<br>7000 Central Parkway, N.E., Suite 950<br>Atlanta, GA 30328 | **PERSON FILING CHARGE**<br><br>**David D. James**<br>THIS PERSON (check one or both)<br>[X] Claims To Be Aggrieved<br>[ ] Is Filing on Behalf of Other(s)<br>**EEOC CHARGE NO.**<br>**410-2013-03038** |

## NOTICE OF CHARGE OF DISCRIMINATION
*(See the enclosed for additional information)*

This is notice that a charge of employment discrimination has been filed against your organization under:

[X] Title VII of the Civil Rights Act (Title VII)    [ ] The Equal Pay Act (EPA)    [X] The Americans with Disabilities Act (ADA)

[X] The Age Discrimination in Employment Act (ADEA)    [ ] The Genetic Information Nondiscrimination Act (GINA)

The boxes checked below apply to our handling of this charge:

1. [ ] No action is required by you at this time.

2. [ ] Please call the EEOC Representative listed below concerning the further handling of this charge.

3. [ ] Please provide by a statement of your position on the issues covered by this charge, with copies of any supporting documentation to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

4. [X] Please respond fully by **08-MAY-13** to the enclosed request for information and send your response to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

5. [X] EEOC has a Mediation program that gives parties an opportunity to resolve the issues of a charge without extensive investigation or expenditure of resources. If you would like to participate, please say so on the enclosed form and respond by    **22-APR-13**
   to    **Valerie Fitzpatrick, ADR Mediator (404) 562-6971**
   email : valerie.fitzpatrick@eeoc.gov  fax : (404) 562-6974
   If you **DO NOT** wish to try Mediation, you must respond to any request(s) made above by the date(s) specified there.

For further inquiry on this matter, please use the charge number shown above. Your position statement, your response to our request for information, or any inquiry you may have should be directed to:

Jennifer L. Vanairsdale,
Supervisory Investigator
*EEOC Representative*

Telephone  (404) 562-6828

Atlanta District Office
100 Alabama Street, S.W.
Suite 4R30
Atlanta, GA 30303
Fax: (404) 562-6905

Enclosure(s):  [X] Copy of Charge

**CIRCUMSTANCES OF ALLEGED DISCRIMINATION**

[ ] Race    [ ] Color    [X] Sex    [ ] Religion    [ ] National Origin    [X] Age    [X] Disability    [ ] Retaliation    [ ] Genetic Information    [ ] Other

**Please reply to the named Mediator whether or not you wish to mediate the instant Charge.**

| Date | Name / Title of Authorized Official | Signature |
|---|---|---|
| April 8, 2013 | Bernice Williams-Kimbrough,<br>District Director | *Bernice W. Kimbrough* |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [ ] FEPA<br>[X] EEOC | 410-2013-03008 and EEOC |

State or local Agency, if any

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. David D. James | (770) 257-7247 | 02-02-1955 |

Street Address: 3755 Ben Hill Road, Lithia Springs, GA 30122

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| NCR CORPORATION | 500 or More | (800) 225-5627 |

Street Address: 2651 Satellite Blvd, Duluth, GA 30096

DISCRIMINATION BASED ON (Check appropriate box(es).)

[ ] RACE  [ ] COLOR  [X] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[ ] RETALIATION  [X] AGE  [X] DISABILITY  [ ] GENETIC INFORMATION
[X] OTHER (Specify) **Sexual Orientation**

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 05-23-2012  Latest: 09-27-2012
[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I. I began my employment with the above-named employer on May 23, 2012, as an AMS Loyalty Developer contracted through a recruitment agency Experis/Manpower Group. During my employment, I was harassed based on my sex and sexual orientation. I was also denied a promotion to project lead. On September 27, 2012, I was discharged/denied permanent employment.

II. The reason provided for the discharge/denial of permanent employment was "ending contract."

III. I believe that I have been discriminated against because of my sex (male) and sexual orientation (undefined) in violation of Title VII of the Civil Rights Act of 1964, as amended, because of my age (58) in violation of the Age Discrimination in Employment Act of 1967, as amended, and because of my disability in violation of Title I of the Americans with Disabilities Act of 1990, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Mar 25, 2013 / Date / Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

RECEIVED MAR 25 2013 EEOC-ATDO

EEOC FORM 131 (11/09)

# U.S. Equal Employment Opportunity Commission

| | PERSON FILING CHARGE |
|---|---|
| Ms. Andrea Ledford<br>Human Resources Director<br>NCR<br>2651 Satellite Blvd<br>Duluth, GA 30096 | David D. James |
| | THIS PERSON (check one or both)<br>[X] Claims To Be Aggrieved<br>[ ] Is Filing on Behalf of Other(s) |
| | EEOC CHARGE NO.<br>410-2013-03008 |

## NOTICE OF CHARGE OF DISCRIMINATION
*(See the enclosed for additional information)*

This is notice that a charge of employment discrimination has been filed against your organization under:

[X] Title VII of the Civil Rights Act (Title VII)   [ ] The Equal Pay Act (EPA)   [X] The Americans with Disabilities Act (ADA)

[ ] The Age Discrimination in Employment Act (ADEA)   [ ] The Genetic Information Nondiscrimination Act (GINA)

The boxes checked below apply to our handling of this charge:

1. [ ] No action is required by you at this time.

2. [ ] Please call the EEOC Representative listed below concerning the further handling of this charge.

3. [ ] Please provide by a statement of your position on the issues covered by this charge, with copies of any supporting documentation to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

4. [X] Please respond fully by **08-MAY-13** to the enclosed request for information and send your response to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

5. [X] EEOC has a Mediation program that gives parties an opportunity to resolve the issues of a charge without extensive investigation or expenditure of resources. If you would like to participate, please say so on the enclosed form and respond by   **22-APR-13**
to   **Valerie Fitzpatrick, ADR Mediator (404) 562-6971**
   email : valerie.fitzpatrick@eeoc.gov   fax : (404) 562-6974
If you DO NOT wish to try Mediation, you must respond to any request(s) made above by the date(s) specified there.

For further inquiry on this matter, please use the charge number shown above. Your position statement, your response to our request for information, or any inquiry you may have should be directed to:

Jennifer L. Vanairsdale,
Supervisory Investigator
*EEOC Representative*

Telephone   (404) 562-6828

Atlanta District Office
100 Alabama Street, S.W.
Suite 4R30
Atlanta, GA 30303
Fax: (404) 562-6905

Enclosure(s): [X] Copy of Charge

### CIRCUMSTANCES OF ALLEGED DISCRIMINATION

[ ] Race   [ ] Color   [X] Sex   [ ] Religion   [ ] National Origin   [ ] Age   [X] Disability   [ ] Retaliation   [ ] Genetic Information   [ ] Other

**Please reply to the named Mediator whether or not you wish to mediate the instant Charge.**

| Date | Name / Title of Authorized Official | Signature |
|---|---|---|
| April 8, 2013 | Bernice Williams-Kimbrough,<br>District Director | *Bernice W. Kimbrough* |

# David James

| | |
|---|---|
| **From:** | David James <DavidJames@Netslinger.com> |
| **Sent:** | Wednesday, November 05, 2014 11:57 AM |
| **To:** | 'TRIET BUI' |
| **Subject:** | RE: New Evidence -- ICQ Message Database |
| **Attachments:** | ICQMessages_Desktop.xlsx; ICQ.zip |
| **Importance:** | High |

EEOC Charge: 410-2013-03008 and 03038

Dear Triet:

I have been working with the Federal Bureau of Investigation on a volunteer basis through InfraGard program since 9/11/2001. I was hoping there was a computer forensics person on your team at the EEOC that could ferret out evidence from Windows Computers, and if necessary pull evidence from an employer's computer. Please note access to a company computer can be immediately denied once a decision to terminate has been made. In my case, the computer was taken from me immediately making it impossible for me to provide you with evidence that was recorded on the computer.

As federal enforcement agency, the EEOC could have asked NCR for the entire ICQ message file from Robert Buechner's laptop at NCR, because they apparently have it, if they were able to supply a type written segment as evidence. The ICQ message database that appears on Robert Buechner laptop should contain some damaging evidence, because that is the communication medium Robert B. chose to terminate me calling me a "worthless, no good, such and such", when I requested a short break at 8PM, after putting in a full day, to pick-up my prescription pain medications at the drug store.

I am providing you with the ICQ Message database from my personal (home) desktop computer as evidence. There would also be one on the hard drive for my NCR laptop. FYI, NCR PC Support people do not reformat hard drives when they reissue computers, and my ICQ database would be uniquely numbered according to my ICQ user ID, 636862115. Please note that I only used ICQ to communicate with NCR personnel. So the file I am supplying only contains instant message conversations with NCR personnel.

For your convenience, I have also attached spreadsheet which contains the ICQ (Instant Messaging Chats) that were recorded on my personal desktop. Please note that I was forced into using my personal computer intermittently, when my NCR laptop was unavailable, because I was in the process of rebuilding it, or because of the system overheating failures. Note how I persevered even with all these difficulties.

See line 104 and 105 where Robert Buechner went out of his way to compliment me saying "i wanted to let you know i think you're doing a good job with working this fis with the team". "thanks". Please note that under Federal Law there are extreme penalties for tampering with evidence.

You may also be interested in the surrounding lines where Melissa Powell deleted something she needed to do her work. Note she was coming to me for assistance, seeing me as her lifeline for expert advice. The dialog that continues should give you an idea of the working conditions where I was pushed to the limit of endurance some days working on site at NCR until almost 11PM to meet deadlines they imposed on the work I was performing. It also contains Melissa Powell thoughts concerning fellow teammate David Slotter, while she went off about how she was making more money than she ever made before, which was making me very uncomfortable, as pay scale was not something contractors should be discussing, as it was not something related to doing the job.

You can cross reference this to the ICQ Message Database that I zipped up as an attachment. The message history database can be found (if you use Windows Vista or Windows 7) in C:\Users\Windows

1

user\AppData\Roaming\ICQ\your ICQ number. It is in a SQLite Format. You can open it an view with a SQLite Browser you can download from this page http://sqlitebrowser.org/  Dates are stored in an Excel Serial Date Format where in 1/1/1900 is day one, and the time is the decimal portion of the number. You can see example on the top of the spreadsheet I attached.

Thank you for your time and effort.

David James
770-609-9946
http://Linkedin.com/in/DavidDoyleJames


**From:** TRIET BUI [mailto:TRIET.BUI@EEOC.GOV]
**Sent:** Wednesday, October 15, 2014 7:05 AM
**To:** David Doyle James
**Subject:** RE: REOPEN

You can mail your the request to:

Director: Bernice Williams-Kimbrough
Sam Nunn Atlanta Federal Center
100 Alabama Street, SW, Suite 4R30
Atlanta, Georgia 30303


Triet Bui, Investigator
U.S. Equal Employment Opportunity Commission
Atlanta District Office
100 Alabama St. S.W., Suite 4R30
Atlanta, Georgia 30303
Tel: 404/562-6948
Fax: 404/562-6910
Email: triet.bui@eeoc.gov
>>> "David Doyle James" <DavidJames@Netslinger.com> 10/14/2014 12:57 PM >>>
Dear Triet:

To whom do I mail these REQUESTS to REOPEN my EEOC cases?

Please provide name and address in response.

Thanks,

David Doyle James
770-609-9946
http://Linkedin.com/in/DavidDoyleJames

2

Sample Excerpt

| User | Message | Date |
|---|---|---|
| Robert Buechner | are you capturing all this new stuff we're discussing ? | 7/6/12 7:13 PM |
| | Had interruption at 3:30. Back on now. | 7/6/12 7:41 PM |
| Robert Buechner | ok | 7/6/12 7:42 PM |
| Josh Fuhs | did you make it back on the call? | 7/6/12 7:50 PM |
| Josh Fuhs | that was more pleasant than the last few calls | 7/6/12 8:03 PM |
| | I think Safet feels at home talking with me. | 7/6/12 8:06 PM |
| | He was real direct in the beginning. Wanted to know my role, experience level  When he heard that I had 30 years experience, and would being doing both design and implementation, he perked up. | 7/6/12 8:07 PM |
| Robert Buechner | i have no idea what our dell customer number is | 7/6/12 8:14 PM |
| Robert Buechner | you would need to get that from claude or dave im guessing | 7/6/12 8:15 PM |
| | I called Dave earlier by mistake with questions about switches, cust no, visio.  He hasn't called me back yet. | 7/6/12 8:16 PM |
| Robert Buechner | he's on vacation today | 7/6/12 8:17 PM |
| Robert Buechner | should be back on mon | 7/6/12 8:17 PM |
| Josh Fuhs | to store the state of the currently deployed offer | 7/11/12 2:36 PM |
| Robert Buechner | hey man, are you there? | 7/11/12 2:51 PM |
| Robert Buechner | i just noticed my meeting reminder didnt pop up | 7/11/12 2:51 PM |
| Robert Buechner | are you on the fis review call ? | 7/11/12 2:51 PM |
| M Powell | do you still have that email about the vmware console for the lab servers? | 7/11/12 3:04 PM |
| M Powell | i think i deleted it and we need to restart our supervalu server.... | 7/11/12 3:04 PM |
| Robert Buechner | "I wanted to let you know I think you're doing a good job with working this fis with the team" | 7/11/12 3:33 PM |
| Robert Buechner | thanks | 7/11/12 3:33 PM |
| M Powell | i don't know what dg icq is! | 7/11/12 3:47 PM |
| M Powell | Nick has the vm console but our server is not working properly since we shut it down :-( | 7/11/12 3:47 PM |
| M Powell | oh well | 7/11/12 3:47 PM |
| M Powell | are you signing off at 1 since there is a code freeze?  I just walked over and see you are not here today | 7/11/12 3:48 PM |
| M Powell | No.  I am working at home on a FIS.  Have meeting later with client that Robert pushed up from tomorrow.  I needed commute time, and wasn't feeling well this morning. Was there til 10:40 Tues. | 7/11/12 5:00 PM |
| M Powell | holy kamoly! why??? | 7/11/12 5:01 PM |